UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 25-cv-25134-BLOOM/Elfenbein**

Jesus David ALFONSO-CARDENAS,
Lazaro Alexander MARTINEZ-PORTELA,
Kendry Javier VILLANUEVA-CORONA,
Aracheli BADA PANDO, and Maite Lazara
ESPONDA-HERNANDEZ, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY; Kristi NOEM, in her official
capacity as Secretary of Homeland Security;
Pamela BONDI, in her official capacity as
U.S. Attorney General; Todd LYONS, in his
official capacity as Acting Director of
Immigration and Customs Enforcement; and
Rodney SCOTT, in his official capacity as
Commissioner of U.S. Customs and Border
Protection

    Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon Plaintiff's Motion to Withdraw Complaint, ECF No. [9] ("Motion"), filed on November 7, 2025. The Court has carefully reviewed the Motion, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [9]**, is **GRANTED**;

2. The above-styled case is **DISMISSED WITHOUT PREJUDICE;**

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are **DENIED AS**

Case No. 25-cv-25134-BLOOM/Elfenbein

**MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 10, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:   Counsel of Record